UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| MARQUEL LAWTON, | ) | Civil Action No. 5:20-cv-03931-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

AND NOW, this 17th day of June, 2022, this court grants Plaintiff's Motion for Attorney's Fees. ECF No. 32. It is hereby ORDERED that Plaintiff, Marquel Lawton, is awarded attorney fees in the amount of Four Thousand Nine Hundred Twenty-Three dollars and Fifty cents ($4,923.50) and expenses in the amount of Sixteen Dollars and 00/100 Cents ($16.00) under 28 U.S.C. § 2412(d) of the EAJA. This award will be paid directly to Plaintiff, Marquel Lawton, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the EAJA award in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

June 21, 2022
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge