UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| MARQUEL LAWTON,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | )<br>)<br>)　Civil Action No.  5:20-cv-03931-KDW<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Plaintiff, Marquel Lawton, brought this action to obtain judicial review of a final decision of Defendant Acting Commissioner of Social Security denying Plaintiff's application for social security disability benefits. *See* 42 U.S.C. § 405(g). On March 11, 2022, the court remanded the Commissioner's decision pursuant to sentence four of § 405(g) for further administrative proceedings, and subsequently Plaintiff was found disabled.

Upon review of the materials submitted to the court, the undersigned finds that Plaintiff counsel's request for attorney fees is reasonable and therefore grants Plaintiff's Motion, ECF No. 38. *See Gisbrecht v. Barnhart*, 535 U.S. 780 (2002). Plaintiff's counsel is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $13,540.75 (or 25% of past-due benefits due to Plaintiff by reason of this Court's judgment, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees he previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

IT IS SO ORDERED.

March 22, 2023  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge